# U.S. District Court
## Southern District of Iowa (Davenport)
### CRIMINAL DOCKET FOR CASE #: 3:02-cr-00176-RP-TJS-2

*CR 11-50173 PHX-FJM*

Case title: USA v. Morataya, et al
Other court case numbers: 05-cv-319 IASD
           2:02-mj-02635 INTERIN
           4:07-cv-213 SD Iowa

Date Filed: 08/15/2002
Date Terminated: 12/19/2003

Assigned to: Chief Judge Robert W. Pratt
Referred to: Magistrate Judge Thomas J. Shields

**Defendant (2)**

**Reynaldo Cortez, Jr**
*TERMINATED: 12/19/2003*

represented by **David R Treimer**
David R Treimer Law Firm
601 Brady St
Suite 311
Davenport, IA 52801
563-323-7889
Fax: 563-323-9309
Email: ttswlaw@bigplanet.com
*TERMINATED: 12/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Jerry Kaplan**
9150 WILSHIRE BLVD
SUITE 175
BEVERLY HILLS, CA 90212
310 859 7700
Fax: 310 859 7773
Email: kapkenkd@pacbell.net
*TERMINATED: 12/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Nicholas Todd Drees**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515 309 9610

Fax: 515 309 9625
Email: nick_drees@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

21:846 and 841(b)(1)(A)(ii)(II) and 841(b)(1)(C) and 841(b)(1)(D) Conspiracy to Distribute Methylenedioxymethamphetmine (MDMA), a Schedule I Controlled Substance, Cocaine, a Schedule II Controlled Substance, and Marijuana, a Schedule I Controlled Substance.
(1)

### Disposition

Imprisonment of 120 months; 60 months supervised release; no fines imposed

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

### Plaintiff

USA                                    represented by    **Jason T Griess**
                                                          U S Attorney's Office
                                                          110 E Court Ave
                                                          Ste 286
                                                          Des Moines, IA 50309
                                                          515-473-9300
                                                          Fax: 515 473-9292
                                                          Email: Jason.Griess2@USDOJ.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| Date | Doc # | Description |
|---|---|---|
| 10/20/2004 | | Judge update in case as to Robert Guillermo Morataya, Reynaldo Cortez Jr, David Singh Johall. Judge Ross A Walters added. (ph, ) (Entered: 10/20/2004) |
| 10/20/2004 | | Judge update in case as to Robert Guillermo Morataya, Reynaldo Cortez Jr, David Singh Johall. Judge Thomas J Shields added. Ross A Walters no longer assigned to case. (Correcting a previous assignment error.) (ph, ) (Entered: 10/20/2004) |
| 01/31/2005 | 139 | TRANSCRIPT of Proceedings as to Reynaldo Cortez, Jr re 101 Minutes - Miscellaneous, Order held on 12/19/03 before Judge Robert W Pratt. Court Reporter: Ann T Moyna. Page No(s): 1-135. THIS DOCUMENT IS NOT PART OF THE ELECTRONIC CASE. ORIGINAL LOCATED IN THE CLERK'S OFFICE. (gk, ) (Main Document 139 replaced on 6/13/2011) (internclk1, ). (Entered: 01/31/2005) |
| 03/29/2005 | 142 | SATISFACTION OF MONETARY IMPOSITION OF JUDGMENT as to Reynaldo Cortez, Jr *CVF Assessment* regarding Judgment,, Order, 103 (Hayward, Gary) (Entered: 03/29/2005) |
| 05/07/2007 | 154 | MOTION to Proceed In Forma Pauperis by Reynaldo Cortez, Jr. (sk) Modified on 5/16/2007 (kb) Motion terminated. See 4:07-cv-213. (Entered: 05/08/2007) |
| 05/07/2007 | 155 | MOTION to Appoint Counsel Motions referred to Thomas J. Shields. by Reynaldo Cortez, Jr. (sk, ) Modified on 5/16/2007 (kb). Motion terminated. See 4:07-cv-213. (Entered: 05/08/2007) |
| 05/16/2007 | 156 | PUBLIC DOCKET ANNOTATION as to Reynaldo Cortez, Jr: ALL 2255 PAPERWORK IS TO BE FILED IN CIVIL CASE NO.: 4:07-cv-213 (rmj) (Entered: 05/16/2007) |
| 05/17/2007 | 157 | ORDER denying Defendant Reynaldo Cortez, Jr.'s Motion for Appointment of New Counsel and Removal of Previous Counsel 155 . Signed by Judge Thomas J. Shields on 5/17/2007. (dam) (Entered: 05/17/2007) |
| 05/05/2009 | 158 | NOTICE as to Reynaldo Cortez, Jr. (sc) (Entered: 05/06/2009) |
| 08/03/2009 | 159 | Sealed Document. (sc) (Entered: 08/03/2009) |
| 08/17/2009 | 160 | NOTICE of Application by Trustee to Employ Counsel as to Reynaldo Cortez, Jr. (sc) (Entered: 08/17/2009) |
| 08/06/2010 | | Attorney update in case as to Reynaldo Cortez, Jr. Attorney Nicholas Todd Drees for Reynaldo Cortez, Jr added. (jm) (Entered: 08/06/2010) |
| 08/06/2010 | 161 | MOTION to Modify Conditions of Supervision with consent of the offender by USPO as to Reynaldo Cortez, Jr. (jm) (Entered: 08/06/2010) |
| 08/06/2010 | 162 | ORDER granting 161 Motion to Modify Conditions of Supervision with consent of the offender as to Reynaldo Cortez Jr (2). Signed by Chief Judge Robert W. Pratt on 8/6/10. (jm) (Entered: 08/06/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2011 12:17:41 | | | |
| PACER Login: | us4935 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:02-cr-00176-RP-TJS Start date: 1/1/1970 End date: 10/4/2011 |
| Billable Pages: | 3 | Cost: | 0.24 |