IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-11-50173-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Reynaldo Cortez, Jr., ) | |
| Defendant. ) | |

In response to our order of June 10, 2014 (doc. 5), we now have before us the Response of the government (doc. 6), indicating that it has no objection to the defendant's Motion for early termination of supervised release (doc. 4), and a Memorandum from the U.S. Probation Office dated June 17, 2014, indicating that it supports early termination.

Accordingly, it is ORDERED GRANTING defendant's Motion for early termination of supervised release (doc. 4). The defendant's supervised release is terminated.

DATED this 18th day of June, 2014.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge

cc: Probation